## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ERIC POIROUX (#132872)

VERSUS

UNKNOWN THOMAS "C.G.T." B/M, ET AL.

CIVIL ACTION

NO. 22-680-JWD-EWD

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 10, 2023 (Doc. 12), to which objections were filed and considered (Docs. 17 and 18);

**IT IS ORDERED** that that Eric Poiroux's federal claims for lost property is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A for failure to state a claim, that the Court declines to exercise supplemental jurisdiction over potential state law claims, and that the case shall be **CLOSED**.

**IT IS FURTHER ORDERED** that leave to amend is **DENIED**, if requested, as Poiroux cannot state federal claim consistent with the facts alleged.

Signed in Baton Rouge, Louisiana, on July 26, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**